UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20338-CIV-GOLD/TURNOFF

ANGELICA FERREIROS,

      Plaintiff,

vs.

FINANCIAL CREDIT SERVICE, INC.,

      Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE UPON NOTICE OF SETTLEMENT

THIS CAUSE is before *sua sponte*. On March 12, 2008, Plaintiff filed a Notice of Settlement [DE 5] advising the Court that the parties have resolved their disputes amicably and will be submitting the appropriate motions for dismissal.

Accordingly, it is hereby ORDERED AND ADJUDGED:

1. This case is ADMINISTRATIVELY CLOSED.

2. The parties are directed to file a Joint Motion for Approval of Settlement Agreement and Entry of Stipulated Judgment within 10 days of the entry of this Order.

3. Because this is a FLSA case, the parties shall file a copy of the settlement agreement for inspection. If the parties would like the review to be conducted *in camera*, the agreement may be submitted via U.S. Mail or by sending it to my e-file inbox at Gold@flsd.uscourts.gov.

4. Plaintiff is instructed to serve a copy of this Order on Defendant within three (3) days from the date of this Order.

5. All pending motions are DENIED AS MOOT and all hearings are CANCELLED.

DONE AND ORDERED in Chambers at Miami, Florida, this /4 day of March, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Turnoff
All counsel of record